# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000  Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

**Peter A. Meisels, Partner**
Peter.Meisels@wilsonelser.com

June 20, 2008

Hon. Laura Taylor Swain, *U.S.D.J.*
United States District Court
500 Pearl Street, R 755
New York, New York 10007-1312



**MEMO ENDORSED**

Re:    Donald Mack Bennett v. (Individual) Officers Vaccaro & Officers
       Guglielmo & Officers Wolf of the "New Rochelle Police Department
       & also a complainant (individual), Ms. Binda Rusalia, Manager of
       (C.V.S.) in the City of New Rochelle, NY
       Index No.: 08 CV 4028
       Our File No.: 07367.00073

Dear Judge Swain:

We represent the defendant New Rochelle Police Officers (Vaccaro, Guglielmo
and Wolf) in this matter. The incident alleged in the complaint occurred wholly
within the City of New Rochelle, County of Westchester and all of the parties
reside in the Northern Counties. Hence, we request that this matter be
transferred to White Plains pursuant to Local Rule 21(a)(i) of the Rules for the
Division of Business Among District Judges for the Southern District of New
York.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Peter A. Meisels

PAM:kt
Enclosure
cc:    Donald Mack Bennett
       P.O. Box 389
       Valhalla, New York 10595

*The request is denied
(see Local Rule 25
of the Rules for the
Division of Business).*

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

RECEIVED
JUN 2 2 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

2014526.1