```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
DONALD MACK BENNETT,               :
                                   :
                 Plaintiff,        :
                                   :         ORDER
      -against-                    :
                                   :    08 Civ. 4028 (LTS)(MHD)
OFFICER VACCARO, et al.,           :
                                   :
                 Defendants.       :
                                   :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that defendants in the above-captioned case are to provide the court with a copy of the transcript of defendants' October 2009 deposition of plaintiff.

Defendants promptly should mail a copy of this transcript to:

> Honorable Michael H. Dolinger
> United States Magistrate Judge
> United States Courthouse, S.D.N.Y.
> 500 Pearl Street, Room 1670
> New York, NY 10007-1312

**DATED:  New York, New York**
**        November 6, 2009**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date:

BY FACSIMILE TO:

Peter A. Meisels, Esq.
Lalit K. Loomba, Esq.
Wilson, Elser, Moskowitz, Edelman and Dicker LLP
Fax:  (914) 323-7001

BY MAIL TO:

Donald Mack Bennett
#5233
Westchester County Department of Correction
P.O. Box 389
Valhalla, NY 10595